

# Missouri Court of Appeals
## Southern District

**APRIL 8, 2015**

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 30.25(b).

1.      Case No.  SD33277

        Re:     STATE OF MISSOURI,
                Respondent,
                vs.
                JUSTIN C. GRAY,
                Appellant.